UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL CABIDA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TITLEMAX OF CALIFORNIA, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01787-AWI-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 14) |

This matter is before the Court on the parties' joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 14). The parties request that this Court maintain jurisdiction to enforce the settlement agreement. In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case, with this Court maintaining jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED.

Dated:   **May 24, 2022**　　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1